AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 16, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NICOLE CARBY<br>*Plaintiff*<br>v.<br>CITY OF KENNEWICK, MR. GUERRO (brother to Kennewick Chief of Police), Supervisor Benton County Jail, and RUDY RUELAS, Current Benton County Jail Supervisor<br>*Defendant* | Civil Action No. 4:25-CV-05106-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss (ECF No. 9) is GRANTED in part.
Plaintiff's claims against Defendant City of Kennewick are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

Date: 12/16/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*